# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:05CV229-3-MU
## 3:01CR47-01-MU

|  |  |  |
|---|---|---|
| RICHARD T. MAY, | ) | |
|  | ) | |
| Petitioner, | ) | |
| Vs. | ) | **ORDER** |
|  | ) | |
| UNITED STATED OF AMERICA, | ) | |
|  | ) | |
| Respondent. | ) | |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed May 11, 2005.

After careful review of the motion and case file, the undersigned finds that the United States Attorney should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED** that no later than forty (40) days from the filing of this Order, the United States Attorney shall file an Answer to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, detailing Petitioner's allegations and responding to each.

**Signed: May 19, 2005**

*Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge